UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

LADON D. MOORE,

        Plaintiff,           Case No. 1:23-cv-1213

v.                                    Honorable Phillip J. Green

UNKNOWN KAMARDT, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  January 2, 2025                /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge